### (June 3, 1960)

■ In the Matter of JOHN BRASLOW et al., Appellants, against CHRISTOS MAYULIANOS et al., Respondents.— Order affirmed, without costs. No opinion. Christ, Pette and Brennan, JJ., concur; Beldock, Acting P. J., dissents and votes to reverse the order and to grant the application.

■ In the Matter of HARRY HELLER et al., Appellants, against JACK J. ABRAMSON et al., Respondents.— Order affirmed, without costs. No opinion. Beldock, Acting P. J., Christ, Pette and Brennan, JJ., concur.

### (June 6, 1960)

■ ETHAN ARONOFF, an Infant, by His Guardian ad Litem JACK ARONOFF et al., Appellants, v. BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ ALICE BECKERMAN, Respondent, v. HUBERT E. BECKERMAN, Appellant. — In an action for divorce, defendant moves for leave to prosecute as a poor person his appeal from a judgment, and for other relief. Motion granted to the extent of: (1) permitting the defendant to defend the action and to prosecute his appeal as a poor person, pursuant to statute (Civ. Prac. Act, §§ 198-a, 199, 558, 1493); (2) assigning Mary B. Tarcher, attorney and counselor at law, of 11 Park Place, New York, 7, New York, as attorney for defendant; and (3) extending defendant's time to perfect his appeal until the November Term, beginning October 31, 1960. Nolan, P. J., Beldock, Ughetta and Christ, JJ., concur; Pette, J., not voting.

■ ROMONA CHIKARA, an Infant, by Her Guardian ad Litem DOMINICK CHIKARA, Respondent, v. CITY OF NEW YORK, Defendant, and BOARD OF EDUCATION OF THE CITY OF NEW YORK, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ EDWARD F. DEWHURST, Respondent, v. CITY OF NEW YORK, Defendant, and NEW YORK CITY HOUSING AUTHORITY, Appellant.— Motion to stay all proceedings granted on condition that appellant be ready to argue or submit the appeal on October 3, 1960, for which day the appeal is ordered to be placed on the calendar. The record and appellant's brief must be served and filed on or before September 1, 1960. Beldock, Acting P. J., Christ, Pette and Brennan, JJ., concur.